FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ron.Johnson@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANIEL LYNN MYERS, | ) | CV. NO. 10-00032 SOM-KSC |
| | ) | CR. NO. 04-00363 SOM |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | UNITED STATES' REQUEST FOR |
| | ) | ORDER FINDING ATTORNEY-CLIENT |
| UNITED STATES OF AMERICA, | ) | PRIVILEGE WAIVER AS TO FORMER |
| | ) | ATTORNEYS LANE TAKAHASHI AND |
| | ) | CYNTHIA KAGIWADA; EXHIBIT A; |
| Respondent. | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

UNITED STATES' REQUEST FOR ORDER FINDING
ATTORNEY-CLIENT PRIVILEGE WAIVER AS TO
<u>FORMER ATTORNEYS LANE TAKAHASHI AND CYNTHIA KAGIWADA</u>

On January 15, 2010, Petitioner Daniel Lynn Myers filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  In his § 2255 motion, Myers challenges the sentence imposed upon his conviction after a jury trial in February 2006, for a drug trafficking offense.  Myers contends that his sentence was improper because, among other things, he

was denied effective assistance by his prior defense counsels, Lane Takahashi, Esq. (trial) and Cynthia Kagiwada, Esq. (sentencing).  Specifically, Myers claims that: (1) trial counsel failed to file unspecified pre-trial motions; and (2) sentencing counsel failed to address the U.S.S.G. § 5G1.3 factors at sentencing.  In his § 2255 motion, Myers stated that he would further explain his claims in a supplemental filing.

On January 26, 2010, this Court ordered Myers to file a memorandum in support of his § 2255 petition no later than February 19, 2010.  On February 22, 2010, Myers filed his Memorandum in Support of His Petition for Writ of Habeas Corpus (hereinafter "Memo").  In that Memo, Myers claims that trial counsel failed to interview the government's witnesses, properly investigate the case, and failed to object to the government's vouching for a witness' credibility.  Myers also claims that his counsel at sentencing was ineffective because counsel failed to request that Myers' federal sentence be served concurrently with his California sentence where both "arose from the same facts and circumstances."  Memo at 5.  Accordingly, Myers contends that his sentence should be vacated, set aside, or corrected.

In order for the United States to investigate Myers' contentions that he received ineffective assistance of counsel, it will be necessary to interview both Mr. Takahashi and Ms. Kagiwada.  The United States asserts that by raising this claim of ineffective assistance of counsel, Myers has waived his

attorney-client privilege as to those communications with his prior counsel that relate to this issue.  <u>Bittaker v. Woodford</u>, 331 F.3d 715, 716 (9th Cir. 2003), <u>cert. denied</u>, 540 U.S. 1013 (2003)(finding that where a habeas petitioner raises a claim of ineffective assistance of counsel, he waives the attorney-client privilege as to all matters raised in his habeas petition).

   Thus, the United States respectfully requests that the Court issue the attached proposed Order (Exhibit A) finding that Myers has waived his attorney-client privilege with Mr. Takahashi and Ms. Kagiwada so that they may be interviewed with respect to these allegations without violating the attorney-client privilege.  Mr. Takahashi and Mr. Kagiwada should be authorized to provide information to the United States about such attorney-client communications between Myers and each respective counsel, to the extent such communications involve, or are reasonably related to, the ineffective assistance of counsel claims made by Myers in his § 2255 motion.

   DATED: February 24, 2010, at Honolulu, Hawaii.

                              Respectfully submitted,

                              FLORENCE T. NAKAKUNI
                              United States Attorney
                              District of Hawaii

                                  /s/Ronald G. Johnson
                              By _____
                                  RONALD G. JOHNSON
                                  Assistant U. S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served upon the following persons, as set forth below on February 24, 2010:

> **DANIEL LYNN MYERS**   ***FIRST CLASS U.S. MAIL***
> 95490-022
> FCI PHOENIX
> FEDERAL CORRECTIONAL INSTITUTION
> INMATE MAIL/PARCELS
> 37910 N 45TH AVENUE
> PHOENIX, AZ 85086

DATED: Honolulu, Hawaii, February 24, 2010

/s/Kelly Muranaka
_____